UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Mercedes Melendrez,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, [1]<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:19-cv-00089-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 07/01/2019 to 07/31/2019, for Plaintiff to serve on defendant with PLAINTIFF'S CONFIDENTIAL LETTER BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs that were due during the period of the original due date through the end of this week. Counsel requires additional time to brief the issues thoroughly for the Defendant's consideration. Defendant does not oppose the requested

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 19, 2019						PENA & BROMBERG, ATTORNEYS AT LAW


							By: */s/ Jonathan Omar Pena*
							    JONATHAN OMAR PENA
							    Attorneys for Plaintiff


Dated: July 19, 2019						MCGREGOR W. SCOTT
							United States Attorney
							DEBORAH LEE STACHEL
							Regional Chief Counsel, Region IX
							Social Security Administration


							By:  **/s/ Daniel P. Talbert*
							    Daniel P. Talbert
							    Special Assistant United States Attorney
							    Attorneys for Defendant
							    (*As authorized by email on _7/19/2019)


## ORDER

Pursuant to the parties' stipulation, Plaintiff shall have a 30-day extension of time, from 07/01/2019 to 07/31/2019, for Plaintiff to serve on defendant with PLAINTIFF'S CONFIDENTIAL LETTER BRIEF.

IT IS SO ORDERED.

Dated:  **July 22, 2019**				/s/ Erica P. Grosjean
							UNITED STATES MAGISTRATE JUDGE