UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARIA MERCEDES MELENDREZ,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant.[1] | No. 1:19-cv-00089-EPG<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED, by and between Maria Mercedes Melendrez (Plaintiff) |
| 2 | and Andrew Saul, Commissioner of Social Security (the Commissioner or Defendant), through |
| 3 | their respective counsel of record, that this action be remanded for further administrative action |
| 4 | pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), |
| 5 | sentence four. |
| 6 | On remand, the Appeals Council will remand the case to an administrative law judge |
| 7 | (ALJ) for a new decision. The Appeals Council will instruct the ALJ to evaluate Plaintiff's claim |
| 8 | using the sequential evaluation process, and if necessary, obtain vocational expert testimony. If |
| 9 | the ALJ obtains vocational expert testimony, the ALJ shall obtain explanations for any apparent |
| 10 | conflicts between that testimony and the *Dictionary of Occupational Titles*. The Appeals Council |
| 11 | will instruct the ALJ to take further action, as warranted, to complete the administrative record |
| 12 | and resolve the above issues. |
| 13 | The parties further request that the Clerk of the Court be directed to enter a final judgment |
| 14 | in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. |

Respectfully submitted,

DATE: August 26, 2019     By:     *s/ JONATHAN PENA*
JONATHAN PENA
Attorney for Plaintiff
(as authorized by email August 26, 2019)

McGREGOR W. SCOTT
United States Attorney

DATE: August 26, 2019     By     *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

# ORDER

Pursuant to stipulation, it is ORDERED that:

1. This action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

2. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to evaluate Plaintiff's claim using the sequential evaluation process, and if necessary, obtain vocational expert testimony. If the ALJ obtains vocational expert testimony, the ALJ shall obtain explanations for any apparent conflicts between that testimony and the *Dictionary of Occupational Titles*. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

3. The Clerk of Court is directed to enter final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: __August 27, 2019__        /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE